DURHAM, APPELLEE, *v.* GABRIEL ET AL., APPELLANTS.

[Cite as Durham v. Gabriel (1970), 22 Ohio St. 2d 75.]

(No. 68-551—Decided April 22, 1970.)

[2] CHIEF JUSTICE TAFT participated in this case which was, however, decided after his death.

*Mr. Fred Weisman* and *Mr. William H. Pearlman*, for appellee.

*Messrs. Donaldson & Colgrove* and *Mr. Richard O. Colgrove*, for appellants.

*Per Curiam.* The judgment of the Court of Appeals is affirmed on authority of *Clouston* v. *Remlinger Oldsmobile Cadillac, Inc.* (1970), 22 Ohio St. 2d 65.

*Judgment affirmed.*

O'Neill, C. J., Schneider, Herbert, Duncan and Corrigan, JJ., concur.*

Matthias, J., not participating.

---

*Chief Justice Taft participated in this case which was, however, decided after his death.